UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:08-CR-48-TAV-CCS-9 |
| PORFIRIO ROJAS, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This criminal case is before the Court on the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley, Jr. on July 6, 2015 (the "R&R") [Doc. 557]. In the R&R, Magistrate Judge Shirley recommends that the defendant's *pro se* motion for return of personal property be denied. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51.

After a careful review of the R&R, the Court is in agreement with Magistrate Judge Shirley's analysis and recommendations, which the Court adopts and incorporates into its ruling. Therefore, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 557], and the defendant's *pro se* motion for return of personal property [Doc. 537] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE